SLIP OPINION



Cite as 2014 Ark. App. 402

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–13–257

| | |
|---|---|
| TIMOTHY ALLEN FIVEASH<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **Opinion Delivered** June 18, 2014<br><br>APPEAL FROM THE BOONE COUNTY CIRCUIT COURT [NO. CR2012-149-4]<br><br>HONORABLE ROBERT McCORKINDALE, II, JUDGE<br><br>AFFIRMED; MOTION TO WITHDRAW GRANTED |

**PHILLIP T. WHITEAKER, Judge**

Timothy Allen Fiveash appeals from his Boone County Circuit Court convictions for driving on a suspended license, careless or prohibited driving, failure to wear a seat belt, no license tags, no proof of liability insurance, and obstruction of government operation. Appellant's counsel has filed a motion to withdraw, pursuant to *Anders v. California*, 386 U.S. 738 (1967), and in compliance with Rule 4–3(k) of the Rules of the Arkansas Supreme Court and Court of Appeals, stating that there are no meritorious grounds to support an appeal. The motion is accompanied by an abstract, brief, and addendum referring to everything in the record that might arguably support an appeal, including all motions, objections, and requests decided adversely to appellant and a statement of reasons why none of those rulings would be a meritorious ground for reversal. The clerk of this court mailed appellant a copy of his

counsel's brief at his last known address, notifying him of his right to file a pro se statement of points for reversal within thirty days. The package was returned as undeliverable.

From our review of the record and the briefs presented to us, we find that there has been compliance with Rule 4–3(k) and that the appeal is without merit. Accordingly, counsel's motion to withdraw is granted, and the order appealed from is affirmed.

Affirmed; motion to withdraw granted.

GLADWIN, C.J., and PITTMAN, J., agree.

*Cullen & Co., PLLC*, by: *Tim J. Cullen*, for appellant.

No response.